**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
5901 W. Century Blvd. #1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
*GDFRIEND, INC.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS AMBREZEWICZ, EDWARD TIMMONS, and MARK HAIGLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GDFRIEND, INC., a California corporation, dba Direct Home Energy Solutions dba Green Home Investment Program dba Powerstar Home Energy Solutions,<br><br>Defendant. | Case No.: 3:17-cv-02234-L-JMA<br><br>**NOTICE OF SETTLEMENT**<br>. |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

    **PLEASE TAKE NOTICE** that this entire action has been settled. A motion to approve the settlement is not anticipated. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice as

to Plaintiffs' individual claims and without prejudice as to the class claims, within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.


LAW OFFICES OF STEFAN COLEMAN

Dated:  May 29, 2018                    s/ Blake J. Dugger
                                       Stefan Coleman
                                       Blake J. Dugger
                                       Attorneys for Plaintiffs
                                       *LUCAS AMBREZEWICZ, EDWARD
                                       TIMMONS, and MARK HAIGLER*


CARLSON & MESSER LLP

Dated:  May 29, 2018                    s/David J. Kaminski
                                       David J. Kaminski
                                       Stephen A. Watkins
                                       Attorneys for Defendant,
                                       *GDFRIEND, INC.*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Blake J. Dugger, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.


CARLSON & MESSER LLP

Dated:  May 29, 2018                          s/David J. Kaminski
                                             David J. Kaminski
                                             Stephen A. Watkins
                                             Attorneys for Defendant,
                                             *GDFRIEND, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **29th** of **May, 2018**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

blake@stefancoleman.com
bryan@theislaw.com

s/ David J. Kaminski
David J. Kaminski

[00091850;1]