1  **CARLSON & MESSER LLP**
   David J. Kaminski (SBN 128509)
2  kaminskid@cmtlaw.com
   Stephen A. Watkins (SBN 205175)
3  watkinss@cmtlaw.com
   5901 W. Century Blvd. #1200
4  Los Angeles, CA 90045
   Telephone: (310) 242-2200
5  Facsimile: (310) 242-2222
   Attorneys for Defendant,
6  *GDFRIEND, INC.*

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | LUCAS AMBREZEWICZ, | Case No.: 3:17-cv-02234-L-JMA |
   | EDWARD TIMMONS, and MARK HAIGLER, individually and on behalf of all others similarly situated, | **JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
   | Plaintiff, | |
   | vs. | |
   | GDFRIEND, INC., a California corporation, dba Direct Home Energy Solutions dba Green Home Investment Program dba Powerstar Home Energy Solutions, | |
   | Defendant. | |

   IT IS HEREBY STIPULATED by and between Plaintiffs LUCAS AMBREZEWICZ, EDWARD TIMMONS, and MARK HAIGLER and Defendant GDFRIEND, INC. ("Defendant") through their respective counsel of record, hereby file this Joint Motion to Dismiss the action of Plaintiffs LUCAS AMBREZEWICZ, EDWARD TIMMONS, and MARK HAIGLER with prejudice, and to dismiss

without prejudice, the putative class claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

    Each party to bear their own costs and expenses.

LAW OFFICES OF STEFAN COLEMAN

Dated: July 18, 2018    s/ Blake J. Dugger
Stefan Coleman
Blake J. Dugger
Attorneys for Plaintiffs
*LUCAS AMBREZEWICZ, EDWARD TIMMONS, and MARK HAIGLER*

CARLSON & MESSER LLP

Dated: July 18, 2018    s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*GDFRIEND, INC.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Blake J. Dugger, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

CARLSON & MESSER LLP

Dated: July 18, 2018

s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*GDFRIEND, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **18th** of **July, 2018**, a true and accurate copy of the foregoing **JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** was served via the U.S. District Court ECF system on the following e-mail(s):

blake@stefancoleman.com
bryan@theislaw.com

                                  s/ David J. Kaminski
                                  David J. Kaminski

{00096410;1}

1
**ANSWER**
3:17-cv-02234-L-JMA