# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS AMBREZEWICZ, EDWARD TIMMONS, and MARK HAIGLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GDFRIEND, INC., a California corporation, dba Direct Home Energy Solutions dba Green Home Investment Program dba Powerstar Home Energy Solutions,<br><br>Defendant. | Case No.: 3:17-cv-02234-L-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

Having considered the parties' Joint Motion for dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiffs' individual action, and without prejudice as to the putative class claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

}

1 -

1       IT IS SO ORDERED.

2

3

4  Dated:  July 18, 2018

5                                                   _____

6                                                   Hon. M. James Lorenz
                                                 United States District Judge